FILED BY ___ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE 05 NOV -3 PM 3: 43

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF MEMPHIS

BARBARA COLEMAN as Conservator
And next friend of JAMES COLEMAN
And as grandmother and next friend of
JAMES COLEMAN, JR., and JAMESHA
COLEMAN, minors,

       Plaintiff,

v.                                                              Docket No. 05-2757 DP

CITY OF MEMPHIS, FIRE DIRECTOR
RICHARD ARWOOD, in his official and
individual capacity, DAVID S. RUTLEDGE,
FRANK COTTON, JOHN B. O'NEILL,
JAMES ALDRIDGE, TODD ELLIS, and
HOWARD LOWRANCE, in their official
and individual capacities,

       Defendants.

---

**ORDER GRANTING DEFENDANTS CITY OF MEMPHIS' AND RICHARD ARWOOD'S MOTION FOR AN EXTENSION OF TIME TO RESPOND OR OTHERWISE PLEADTO PLAINTIFF'S COMPLAINT**

---

Before the Court is Defendant City of Memphis' and Defendant Richard Arwood's

Motion for an Extension of Time to Respond or Otherwise Plead to Plaintiff's Complaint.  It

appears to this Court and this Court finds that the Motion is well taken and should be

GRANTED.

The City and Mr. Arwood shall be given through and including Friday, December 2,

2005 to answer or otherwise respond to Plaintiff's Complaint in this matter.

Judge

November 3, 2005
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

1

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02757 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Coleman W. Garrett
GARRETT & ASSOCIATES
212 Adams Ave.
Memphis, TN 38103

Marc E. Reisman
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT