IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BARBARA COLEMAN as Conservator
and next friend of JAMES COLEMAN
and as grandmother and next friend
of JAMES COLEMAN, JR. and JAMESHA
COLEMAN

    Plaintiff,

VS.                              NO. 05-2757 DP

CITY OF MEMPHIS, et. al

    Defendants.

ORDER GRANTING DEFENDANTS LOWRANCE, ELLIS
AND MCNEILL AN EXTENSION OF TIME TO RESPOND

This matter is before the Court upon Defendants Motion for an Extension of Time to Respond from which it appears to the Court that for good cause shown the Motion of the Defendants should be granted and that the Defendants are granted an additional period up to and including December 19, 2005 in which to respond or otherwise plead in this cause.

IT IS SO ORDERED.

United States ~~District~~ Magistrate Judge

Dated: November 7, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __11/8/05__

1

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Pleading has been served upon Mr. Jeffrey S. Rosenblum and Mr. Marc E. Reisman, Attorneys at Law, 80 Monroe Avenue, Suite 950, Memphis, Tennessee, Mr. Robert Meyers, Attorney at Law, 3725 Champion Hills, Suite 3000, Memphis, Tennessee, 38125 and Mr. Earle Schwarz, Attorney at Law, One Commerce Square Seventeenth floor, Memphis, Tennessee 38103-2566 by U.S. mail, postage prepaid, this 4 day of November, 2005.

JEAN E. MARKOWITZ

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CV-02757 was distributed by fax, mail, or direct printing on November 9, 2005 to the parties listed.

---

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Coleman W. Garrett
GARRETT & ASSOCIATES
212 Adams Ave.
Memphis, TN 38103

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

Marc E. Reisman
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Honorable Bernice Donald
US DISTRICT COURT