FILED BY _____ D.C.

05 NOV -9  PM 4: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

BARBARA COLEMAN as Conservator
and next friend of JAMES COLEMAN
and as grandmother and next friend of
JAMES COLEMAN, JR., and JAMESHA
COLEMAN, minors.

        PLAINTIFF,

vs.                              NO.   05-2757  DP

CITY OF MEMPHIS, FIRE DIRECTOR
RICHARD ARWOOD, in his official and
individual capacity, DAVID S. RUTLEDGE,
FRANK COTTON, JOHN B.O'NEILL, JAMES
ALDRIDGE, TODD ELLIS, and HOWARD
LOWRANCE, in their official and individual
capacities,

        DEFENDANTS.

---

## ORDER GRANTING DEFENDANT, FRANK COTTON'S
## MOTION FOR EXTENSION OF TIME

Before the Court is Defendant, Frank Cotton's Motion for an Extension of Time to Respond or Otherwise Plead to Plaintiffs' Complaint. It appears to this Court and this Court finds that the Motion is well taken and should be GRANTED.

The Defendant, Frank Cotton, shall be given through and including Tuesday, December 6, 2005, to answer or otherwise respond to Plaintiffs' Complaint in this matter.

Judge
Date:  November 9, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in
case 2:05-CV-02757 was distributed by fax, mail, or direct printing on
November 10, 2005 to the parties listed.

---

Coleman W. Garrett
GARRETT & ASSOCIATES
212 Adams Ave.
Memphis, TN 38103

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

Marc E. Reisman
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT