IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BARBARA COLEMAN as Conservator
and next friend of JAMES COLEMAN
and as grandmother and next friend
of JAMES COLEMAN, JR. and JAMESHA
COLEMAN,

    Plaintiff,

VS.                                     NO. 05-2757   D P

CITY OF MEMPHIS, et al.,

    Defendants.

---

ORDER CORRECTING NAME OF DEFENDANT HOWARD LOWRANCE
TO HOWARD DAVID LOWRANCE III

---

This matter came on to be heard upon Plaintiff and Defendant Lowrance to correct the name of the Defendant Lowrance in this cause, from which it appears to the Court, that for good cause shown the Motion should be granted and that the name of the Defendant Howard Lowrance be and hereby is corrected to Howard David Lowrance III, who has been properly served in this cause.

UNITED STATES DISTRICT JUDGE

DATED: December 21, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Pleading has been served upon Mr. Jeffrey S. Rosenblum and Mr. Mark E. Reisman, Attorneys at Law, 80 Monroe Avenue, Suite 950, Memphis, Tennessee 38103, Mr. Robert Meyers, Attorney at Law, 3725 Champion Hills, Suite 3000, Memphis, Tennessee 38125, Mr. Earle Schwarz, Attorney at Law, One Commerce Square, Seventeenth Floor, Memphis, Tennessee 38103-2566 and Mr. Coleman Garrett, Attorney at Law, 212 Adams Avenue, Memphis, Tennessee 38103 by U.S. mail, postage prepaid, this 19 day of December, 2005.

JEAN E. MARKOWITZ

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:05-CV-02757 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Coleman W. Garrett
GARRETT & ASSOCIATES
212 Adams Ave.
Memphis, TN 38103

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Amber Isom-Thompson
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

Jean E. Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Marc E. Reisman
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT