FILED BY _____ D.C.

05 DEC 21 AM 9:29

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BARBARA COLEMAN as Conservator
and next friend of JAMES COLEMAN
and as grandmother and next friend
of JAMES COLEMAN, JR. and JAMESHA
COLEMAN,

    Plaintiff,

VS.                              NO. 05-2757   D P

CITY OF MEMPHIS, et al.,

    Defendants.

## ORDER GRANTING DEFENDANT O'NEILL LEAVE TO FILE AN AMENDED AFFIDAVIT OUT OF TIME

This matter came on to be heard upon Defendant's Motion for Leave to file an Amended Affidavit Out of Time, from which it appears to the Court, that for good cause shown, the motion of the Defendant should be granted and that the Defendant is granted one week from the entry of this Order to file his Amended Affidavit.

UNITED STATES DISTRICT JUDGE

DATED: December 21, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12/21/05

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Pleading has been served upon Mr. Jeffrey S. Rosenblum and Mr. Mark E. Reisman, Attorneys at Law, 80 Monroe Avenue, Suite 950, Memphis, Tennessee 38103, Mr. Robert Meyers, Attorney at Law, 3725 Champion Hills, Suite 3000, Memphis, Tennessee 38125, Mr. Earle Schwarz, Attorney at Law, One Commerce Square, Seventeenth Floor, Memphis, Tennessee 38103-2566 and Mr. Coleman Garrett, Attorney at Law, 212 Adams Avenue, Memphis, Tennessee 38103 by U.S. mail, postage prepaid, this  19  day of December, 2005.

JEAN E. MARKOWITZ

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:05-CV-02757 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 560
Memphis, TN 38103

Coleman W. Garrett
GARRETT & ASSOCIATES
212 Adams Ave.
Memphis, TN 38103

Marc E. Reisman
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Amber Isom-Thompson
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Jean E. Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT